# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2014

147910 & (62)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DETROIT MEDICAL CENTER,
    Plaintiff-Appellee,

v

TITAN INSURANCE COMPANY,
    Defendant-Appellant.

SC: 147910
COA: 311036
Wayne CC: 11-001794-NF

_____/

On order of the Court, the application for leave to appeal the September 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for leave to file brief amicus curiae is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2014



Clerk

h0319